IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01595-MEH

BARBARA PETERSON,

     Plaintiff,

v.

TOWN OF PAONIA, COLORADO, and
JANE BERRY,

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 22, 2016**.

The Joint Motion for Entry of Stipulated Protective Order as an Order of the Court [filed January 22, 2016; docket #21] is **granted**.  The parties' Proposed Stipulated Protective Order is filed contemporaneously.